HEATHER E. WILLIAMS, SBN 122664
Federal Defender
NOA OREN, SBN 297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
BENJAMIN BUTLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BENJAMIN BUTLER,<br><br>Defendant. | Case No. 2:21-CR-00013-MCE<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Date:  April 1, 2021<br>Time:  10:00 A.M.<br>Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Ross Pearson, Assistant United States Attorney and attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Noa E. Oren, attorney for Benjamin Butler, that the status conference for April 1, 2021 be continued to May 13, 2021 at 10:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review, discovery, to continue investigating avenues for mitigation and to negotiate a possible pre-trial resolution.  Specifically, the United States has produced over three hundred pages of discovery, including police reports, the defendant's criminal history and prior conviction documents, a cell phone search warrant and extraction report, body camera videos, and photographs.  The United States and defense counsel are also working on obtaining additional prior conviction documents

1  for Butler.  Counsel for Butler needs additional time to review this discovery and discuss the
2  discovery with her client.
3       Based upon the foregoing, the parties agree time under the Speedy Trial Act should be
4  excluded from the date of the parties stipulation through and including May 13, 2021; pursuant
5  to 18 U.S.C.§3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479,
6  Local Code T4 based upon continuity of counsel and defense preparation.
7       Counsel and the defendants also agree that the ends of justice served by the Court
8  granting this continuance outweigh the best interests of the public and the defendants in a speedy
9  trial.

|  |  |
|---|---|
| DATED: March 25, 2021 | Respectfully submitted,<br>HEATHER E. WILLIAMS<br>Federal Defender<br><br>*/s/ Noa E. Oren*<br>NOA E. OREN<br>Assistant Federal Defender<br>Attorney for Defendant<br>BENJAMIN BUTLER |
| DATED:  March 25, 2021 | PHILLIP TALBERT<br>Acting United States Attorney<br><br>*/s/ Ross Pearson*<br>ROSS PEARSON<br>Assistant United States Attorney<br>Attorney for Plaintiff |

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order.  The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the status conference scheduled for April 1, 2021 be continued to May 13, 2021 at 10:00 a.m.  The Court orders the time from the date of the parties stipulation, up to and including May 13, 2021, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

IT IS SO ORDERED.

Dated:  March 29, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE