1  HEATHER E. WILLIAMS, CA Bar No. 122664
   Federal Defender
2  NOA EVA OREN, CA Bar No. 297100
   Assistant Federal Defender
3  Office of the Federal Defender
   801 I Street, Third Floor
4  Sacramento, CA  95814
   Telephone: (916) 498-5700
5  Fax: (916) 498-5710

6  Attorney for Defendant
   BENJAMIN BUTLER

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,   | Case No. 2:21-cr-00013-MCE
12 |         Plaintiff,           | **STIPULATION TO VACATE STATUS, SET FOR CHANGE OF PLEA; ORDER**
13 | vs.                          |
14 | BENJAMIN BUTLER,             | Date: June 17, 2021
                                    Time: 10:00 a.m.
15 |         Defendant.           | Judge: Hon. Morrison C. England

16

17     **IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES** that the status
18 currently scheduled on June 24, 2021, at 10:00 a.m. be vacated, and that a change of plea be
19 scheduled for June 17, 2021 at 10:00 a.m. before the Honorable Morrison C. England, United
20 States District Judge.  Time has previously been excluded through June 24, 2021. CR 20.
21

22                                          Respectfully submitted,

23                                          HEATHER E. WILLIAMS
                                            Federal Defender
24

25 Date: June 14, 2021                      /s/ *Noa Oren*
                                            NOA EVA OREN
26                                          Assistant Federal Defenders
                                            Attorneys for Defendant
27                                          BENJAMIN BUTLER

28
                                            PHILLIP A. TALBERT

   Stipulation to Vacate Status and Set Change of         1         *United States v. Butler*, 2:21-cr-00013-MCE
   Plea

Acting United States Attorney

Date: June 14, 2021

*/s/ Ross Pearson*
ROSS PEARSON
Assistant United States Attorney

**O R D E R**

The status currently set for **July 15, 2021** is **VACATED** and a further change of plea hearing is set for **June 17, 2021, at 10:00 a.m.**

IT IS SO ORDERED.

Dated: June 15, 2021

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE